THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN SAIU, Appellant.

Argued January 8, 1951; decided March 1, 1951.

*Noah L. Braunstein* and *A. Davis Rosen* for appellant.

*George B. Le Luca, District Attorney* (*George Tilzer, Herman J. Fliederblum, Edward F. Breslin* and *Nicholas F. Delagi* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.